No. 955. FORT WORTH *v.* McCAMEY ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. R. E. Rouer* for petitioner. *Messrs. Clay Cooke* and *H. C. Ray* for respondents.

No. 959. CONNECTICUT RAILWAY & LIGHTING Co. *v.* CONNECTICUT Co. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George W. Martin* for petitioner. *Messrs. James Garfield* and *Hermon J. Wells* for respondent.

No. 914. CRESCENT WHARF & WAREHOUSE Co. ET AL. *v.* PILLSBURY, DEPUTY COMMISSIONER, ET AL. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Joseph D. Peeler* for petitioners. *Solicitor General Jackson, Assistant Attorney General Whitaker,* and *Mr. Henry A. Julicher* for the Deputy Commissioner, and *Mr. Arch E. Ekdale* for Alfred E. Hunter, respondents.

No. 926. MILLHISER ET AL. *v.* CHASE NATIONAL BANK, TRUSTEE. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. E. Randolph Williams, Henry W. Anderson,* and *Wirt P. Marks, Jr.* for petitioners. *Messrs. John S. Eggleston* and *Arthur A. Gammell* for respondent.

No. 933. BENTLEY *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. May 16, 1938. Petition for writ of